**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
Exley STEWARD,

       A74-834-497,

          **Plaintiff-Petitioner,**

      - against -

**Alberto R. GONZALES, Attorney General;**
**DEPARTMENT OF HOMELAND SECURITY;**
**Michael CHERTOFF, Secretary, Department**
**of Homeland Security; UNITED STATES**
**CITIZENSHIP & IMMIGRATION SERVICES;**
**Dr. Emilio T. GONZALES, Director, United States**
**Citizenship & Immigration Services; Andrea**
**QUARANTILLO, District Director, New York**
**District Office, United States Citizenship &**
**Immigration Services; Federal Bureau of**
**Investigations ("FBI"); Central Intelligence**
**Agency ("CIA");**

          **Defendants-Respondents.**
------------------------------------------------------X

                                 **DECLARATION**
                                 **OF SERVICE**

                                 **Civil Action Docket No.**
                                 **07 CV 7019**

Matthew S. Mulqueen, hereby declares:

1.      I am a law clerk for DiRaimondo & Masi, LLP, attorneys for Petitioner, and am over 18

      years of age.

2.      On August 7, 2007, I served a true and correct copy of the Summons and Complaint and

      Petition for Writ of Mandamus, by first class mail addressed to the following:

      Honorable Alberto R. Gonzales    -and-    Michael Chertoff, Secretary
      Attorney General                              Department of Homeland Security
      Main Justice                                 Washington, D.C. 20528
      10th & Constitution Avenues, N.W.
      Washington, D.C. 20530

Central Intelligence Agency          -and-          Dr. Emilio T. Gonzales, Director
Washington, D.C. 20505                              U.S. Citizenship and Immigration
                                                    Service
                                                    425 Eye Street
                                                    Washington, D.C. 20536

                                   -and-

                         Andrea Quarantillo
                       District Director, NY Office
                   U.S. Citizenship & Immigration Services
                       26 Federal Plaza, 11th Floor
                        New York, New York 10278

         I certify that the foregoing is true and correct to the best of my knowledge, information

and belief.

Dated:   August 7, 2007
          Melville, New York
                                                    _____
                                                    Matthew S. Mulqueen

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------X**
**Exley STEWARD,**

      **A74-834-497,**

           **Plaintiff-Petitioner,**

      **- against -**

**Alberto R. GONZALES, Attorney General;**
**DEPARTMENT OF HOMELAND SECURITY;**
**Michael CHERTOFF, Secretary, Department**
**of Homeland Security; UNITED STATES**
**CITIZENSHIP & IMMIGRATION SERVICES;**
**Dr. Emilio T. GONZALES, Director, United States**
**Citizenship & Immigration Services; Andrea**
**QUARANTILLO, District Director, New York**
**District Office, United States Citizenship &**
**Immigration Services; Federal Bureau of**
**Investigations ("FBI"); Central Intelligence**
**Agency ("CIA");**

           **Defendants-Respondents.**
**--------------------------------------------------------X**

**DECLARATION**
**OF SERVICE**

**Civil Action Docket No.**
**07 CV 7019**

Matthew S. Mulqueen, hereby declares:

1.     I am a law clerk for DiRaimondo & Masi, LLP, attorneys for Petitioner, and am over 18

      years of age.

2.     On August 6, 2007, I served a true and correct copy of the Summons and Complaint and

      Petition for Writ of Mandamus, by hand to the following:

| | | |
|---|---|---|
| James Lopreste | | Federal Bureau of Investigation |
| Special Assistant U.S. Attorney | -and- | 26 Federal Plaza |
| 86 Chambers Street, 3rd Floor | | New York, NY 10278 |
| New York, NY 10278 | | |

I certify that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:   August 7, 2007
             Melville, New York

_____
Matthew S. Mulqueen