MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2722

RECEIVED
OCT 02 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EXLEY STEWARD,

            Plaintiff,

       v.

ATTORNEY GENERAL ALBERTO
GONZALES, et al.,

            Defendants.
------------------------------------------------------------ x

ECF Case

07 Civ. 7019 (HB)

STIPULATION AND ORDER
OF DISMISSAL

    WHEREAS, on August 6, 2007, plaintiff Exley Steward commenced this action seeking relief for an alleged failure of U.S. Citizenship and Immigration Services ("USCIS") timely to adjudicate plaintiff's application for naturalization;

    WHEREAS, on September 6, 2007, USCIS granted plaintiff's application for naturalization, mooting this action;

    NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties appearing in this matter, that:

    (1)    Plaintiff's claims are dismissed with prejudice and without costs or attorney's fees to any party, and

(2)    This stipulation contains the entire agreement between the parties, and no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
September —, 2007
October 1, 2007

DIRAIMONDO & MASI LLP
*Attorneys for Plaintiff*

By: _____
MARY ELIZABETH DELLI-PIZZI
401 Broadhollow Road
Suite 302
Melville, NY 11747
Tel.: (631) 777-5557
Fax: (631) 777-5114

Dated: New York, New York
September —, 2007
October 1, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: _____
ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, NY 10007
Tel. (212) 637-2722
Fax: (212) 637-2687

SO ORDERED.

Dated: New York, New York
Oct 2, 2007

_____
HON. HAROLD BAER, JR.
United States District Judge

-2-