```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2722

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
EXLEY STEWARD,

        Plaintiff,    :    ECF Case

        v.    :    07 Civ. 7019 (HB)

ATTORNEY GENERAL ALBERTO    :    STIPULATION AND ORDER
GONZALES, et al.,    :    OF DISMISSAL

        Defendants.
------------------------------------------------------- x

    WHEREAS, on August 6, 2007, plaintiff Exley Steward commenced this action seeking relief for an alleged failure of U.S. Citizenship and Immigration Services ("USCIS") timely to adjudicate plaintiff's application for naturalization;

    WHEREAS, on September 6, 2007, USCIS granted plaintiff's application for naturalization, mooting this action;

    NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties appearing in this matter, that:

    (1)    Plaintiff's claims are dismissed with prejudice and without costs or attorney's fees to any party, and

(2)   This stipulation contains the entire agreement between the parties, and no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
       September ___, 2007
       October 1, 2007
       DIRAIMONDO & MASI, LLP
       *Attorneys for Plaintiff*

By: _____
    MARY ELIZABETH DELLI-PIZZI
    401 Broadhollow Road
    Suite 302
    Melville, NY 11747
    Tel.: (631) 777-5557
    Fax: (631) 777-5114

Dated: New York, New York
       September ___, 2007
       October 1, 2007
       MICHAEL J. GARCIA
       United States Attorney for the
       Southern District of New York
       *Attorney for Defendants*

By: _____
    ROBERT WILLIAM YALEN
    Assistant United States Attorney
    86 Chambers St., 3rd Floor
    New York, NY 10007
    Tel. (212) 637-2722
    Fax: (212) 637-2687

SO ORDERED.

Dated: New York, New York
       _____, 2007

_____
HON. HAROLD BAER, JR.
United States District Judge

-2-